ANDRÉ BIROTTE JR.
United States Attorney
LEON WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ANN L. MALEY, CSBN 176877
Special Assistant United States Attorney
    Social Security Administration, Region IX
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Tel: (415) 977-8974
    Fax: (415) 744-0134
    E-mail: Ann.Maley@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| GUILLERMINA SOTO,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN[1],<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. CV 12-2170-PSG (PLA)<br><br><br><br>**JUDGMENT** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") that was concurrently lodged, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

-2-

1  remanded to the Commissioner of Social Security for further proceedings
2  consistent with the Stipulation to Remand.
3
4
5  DATED: July 9, 2013
                                        _____
6                                       HON. PAUL L. ABRAMS
                                        UNITED STATES MAGISTRATE JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28