Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Guillermina Soto

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMINA SOTO, | Case No.: 5:12-cv-02170 PLA |
| Plaintiff, | [PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees:

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.

1      IT IS ORDERED that fees in the amount of $3,000 as authorized by 28

2  U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

3

4  DATE:  July 16, 2013

5                             THE HONORABLE PAUL L. ABRAMS
6                             UNITED STATES MAGISTRATE JUDGE

7

8

9

10  Respectfully submitted,

11  LAW OFFICES OF Lawrence D. Rohlfing

12      /s/ *Brian C. Shapiro*

13  Brian C. Shapiro
Attorney for plaintiff Guillermina Soto
14

15

16

17

18

19

20

21

22

23

24

25

26